Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001082
21-AUG-2013
10:21 AM

NO. CAAP-11-0001082

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FIRST HAWAIIAN BANK, Plaintiff-Appellee, v.
MYRNA ANNE PUALEHUA KAI, Defendant-Appellant, and
JOHN DOES 1-50, et al., Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO . 10-1-2553)

ORDER GRANTING THE AUGUST 4, 2013
MOTION FOR VOLUNTARY DISMISSAL OF APPEAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of Defendant-Appellant Myrna Anne
Pualehua Kai's (Appellant) August 4, 2013 motion for voluntary
dismissal of the appeal, the papers in support, the record, and
there being no opposition, it appears that (1) on December 23,
2011, Appellant filed a notice of appeal; (2) on May 27, 2012,
Appellant filed a notice of automatic bankruptcy stay; (3) the
related bankruptcy proceedings terminated on April 18, 2013; (4)
Appellant seeks to dismiss the appeal, pursuant to Hawai'i Rules
of Appellate Procedure Rule 42(b); and (5) the parties agree to
bear their own appellate costs and fees.  Therefore,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed.  The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i,  August 21, 2013.


Chief Judge

Associate Judge

Associate Judge